IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY LEE CLIFTON, | ) |
| | ) |
| Petitioner, | ) No. 3:14-cv-01469 |
| | ) Senior Judge Haynes |
| v. | ) |
| | ) |
| DERRICK SCHOFIELD, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 24) that this action be transferred to the Western District of Tennessee.

No party has filed an objection to the Magistrate Judge's Report and Recommendation. Upon de novo review, the Court **ADOPTS** the Report and Recommendation. This action is **TRANSFERRED** to the Western District of Tennessee, Eastern Division.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 28th day of July, 2015.

William J. Haynes, Jr.
Senior United States District Judge